Filing # 130625824 E-Filed 07/14/2021 11:52:35 AM

1937124

IN THE CIRCUIT COURT OF THE 18TH JUDICIAL
CIRCUIT IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO.

MATTHEW LEWIS,

        Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY,

        Defendant.
_____/

## COMPLAINT FOR DAMAGES

**COMES NOW** the plaintiff, MATTHEW LEWIS ("LEWIS"), by and through the undersigned counsel, and sues the defendant, AMICA MUTUAL INSURANCE COMPANY ("AMICA"), and alleges as follows:

1. This is an action for damages which exceed the sum of $30,000.00, exclusive of interest, costs and attorney's fees.

2. LEWIS has complied with the requirements and met the prerequisites of the Florida Automobile Reparations Reform Act of 1971, as amended.

3. AMICA is a foreign corporation licensed to do business in the state of Florida, and which at all times material hereto, was doing business within Seminole County therein.

4. The motor vehicle collision hereinafter alleged occurred within Seminole County, Florida. Additionally, the insurance policy at issue was delivered in Seminole County and, thus, venue is proper.

5. At all times material hereto, a policy of motor vehicle insurance existed between AMICA and LEWIS. This policy provided, among other things, uninsured/underinsured motorist coverage to LEWIS. LEWIS is not certain if he is in possession of a true and complete copy of the policy but believes that one is in the possession of AMICA, and it will be produced during discovery herein.

6. On October 26, 2019, LEWIS was traveling driving his vehicle near the Boombah Sports Complex in Seminole County, Florida and came to complete stop at a crosswalk to allow pedestrians to cross the road.

7. On the aforesaid date and at that time, an underinsured driver, was operating his motor vehicle and was traveling in the same direction behind LEWIS' vehicle.

8. On the aforesaid date and at that time, the underinsured motorist did negligently operate and/or maintain his motor vehicle so as to cause it to strike the rear of the motor vehicle which LEWIS was driving.

9. As a direct and proximate result of the negligence of the underinsured motorist, LEWIS was injured in and about his body and extremities, sustaining pain and suffering, disability, mental anguish, loss of the capacity for the enjoyment of life and expense of medical treatment. The losses are either permanent and/or continuing in nature, and LEWIS will continue to suffer such losses in the future.

10. LEWIS made a claim to AMICA under the uninsured/underinsured motorist coverage of the aforementioned policy of insurance on his motor vehicle, but AMICA refused, and continues to refuse to make payment of this claim.

WHEREFORE, MATTHEW LEWIS demands judgment for damages against AMICA MUTUAL INSURANCE COMPANY, as well as his costs herein and further demands trial by jury.

Respectfully submitted this 14th day of July, 2021.

> CONROY SIMBERG
> 3440 Hollywood Boulevard, Second Floor
> Hollywood, FL 33021
> Telephone: (954) 961-1400 Broward
> Facsimile: (954) 967-8577
> Primary Email: eservicehwd@conroysimberg.com
>
> By: /s/ Stuart F. Cohen
>     Stuart F. Cohen, Esquire
>     Florida Bar No. 986178